UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UGANDA KNAPPS,<br><br>  Plaintiff,<br><br>v.<br><br>GEO GROUP, INC.,<br><br>  Defendant. | Case No. 24-cv-03439-RFL<br><br>**ORDER TO SHOW CAUSE WHY OPPOSITION HAS NOT BEEN FILED**<br><br>Re: Dkt. No. 24 |

The deadline for Plaintiff Uganda Knapps, who is representing himself, to file an opposition to Defendant Geo Group, Inc.'s Motion to Dismiss (Dkt. No. 24) was March 13, 2025, but no opposition has been filed. Knapps is **ORDERED** to file either an opposition or a notice of non-opposition by **April 1, 2025**. Any reply shall be due by **April 8, 2025**.

**IT IS SO ORDERED.**

Dated: March 24, 2025

RITA F. LIN
United States District Judge

1